36230. GOLDSTEIN *v.* THE STATE.

TOWNSEND, J. "Until there has been a judgment finally disposing of the case in the trial court, the Supreme Court has no jurisdiction to pass upon an assignment of error complaining of the striking of a plea of former jeopardy, filed by the accused." *McElroy* v. *State,* 123 *Ga.* 546 (51 S. E. 596). See also *Vaughn* v. *State,* 38 *Ga. App.* 438 (144 S. E. 223); *Moyers* v. *State,* 59 *Ga. App.* 875 (2 S. E. 2d 517); *Thurmond* v. *State,* 59 *Ga. App.* 333 (200 S. E. 807). Accordingly, the motion to dismiss the bill of exceptions on the ground that the only assignment of error, the sustaining of a general demurrer to a plea of autrefois convict, is not a final judgment, must be granted and the case

*Dismissed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED JUNE 12, 1956.

*Wilbur B. Nall, W. George Thomas,* for plaintiff in error.
*George D. Lawrence, Solicitor-General,* contra.